UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| JONATHAN LAMAR BEAL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 1:18-CV-228-PLC |
| SETH CRAWFORD, ANTHONY WEAVER, and KENNETT POLICE DEPARTMENT, | ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the Court on plaintiff's motion to proceed in forma pauperis. Plaintiff, a prisoner, has filed at least three previous cases that were dismissed as frivolous, malicious, or for failure to state a claim.[1] Under 28 U.S.C. § 1915(g), therefore, the Court may not grant the motion unless plaintiff "is under imminent danger of serious physical injury."

After carefully reviewing the complaint, the Court finds no allegations that show plaintiff is in imminent danger of serious physical injury. As a result, the Court will deny the motion and dismiss this action without prejudice to refiling as a fully-paid complaint.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [ECF No. 2] is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiff's motion to appoint counsel [ECF No. 3] is **DENIED**.

---

[1] *See Beal v. Green, et al.*, No 1:14-CV-184-SNLJ (E.D. Mo. filed Dec. 16, 2014); *Beal v. CO #2, et al.*, No. 1:15-CV-13-SNLJ (E.D. Mo. filed Jan 22, 2015); and *Beal v. Dunklin Cty. Justice Ctr., et al.*, No. 1:15-CV-16-SNLJ (E.D. Mo. filed Jan. 27, 2015).

**IT IS FURTHER ORDERED** that this action is **DISMISSED** without prejudice.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 21st day of September, 2018.